400 A.2d 602

Barish, Appellant, v. Brunette et al.
Petition for Allowance of Appeal Denied March 30, 1979.

Argued December 5, 1978.  Howard J. Creskoff, for appellant; Mitchell W. Miller, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.
Order affirmed.

HESTER, J., dissented.